THOMAS P. REILLY, Respondent, v. WILLIAM H. HILL, Appellant.— Appeal from judgment of the Supreme Court of Broome county, entered in the office of the clerk thereof upon the decision of a referee. The action is brought upon two causes of action, one to recover for services performed, and the other for materials furnished by the plaintiff to the defendant, extending over a period of time from and including the year 1928 to 1932. The services and materials are claimed to have been furnished in landscaping, beautifying and care of the premises belonging to the defendant. There is substantially no dispute that the services were furnished, the contention of the defendant being that the services were performed and the materials furnished gratuitously, and furthermore, that the plaintiff had been fully paid. On appeal the defendant raises the question that the decision is against the weight of evidence, and that the findings of fact and the questions of law are not justified in the light of the referee's own decision. Judgment reversed on the law and facts and upon the ground that the damages allowed are excessive, and in the interest of justice, and a new trial granted, with costs to the appellant to abide the event. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Rhodes, J., dissents.

IRENE LeBEAU ROLFE, Appellant, v. BURTON ROLFE, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay vacated. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

VERONA A. BEARE, Respondent, v. ELLA S. EVERETT (Formerly ELLA C. SAILE), Appellant.— The defendant, driving an automobile on the highway, asked the plaintiff to ride, which offer was declined. A conversation about cherries, started the evening before, was continued and plaintiff crossed the road to the standing car, the back door of which was open. The defendant reached for a can of cherries and removed her foot from the brake; the car was in neutral and moved forward and knocked the plaintiff, who was standing in front of the open door, to the roadway. Judgment and order appealed from affirmed, with costs. Rhodes, Crapser and Bliss, JJ., concur; Hill, P. J., and Heffernan, J., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROTHERMEL, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— The relator is now being held on the commitment of the Parole Board, following the violation of the terms imposed by the Governor who had granted commutation. The Board was without power to commit under the law as it then existed, sections 696, 697, 698, Code of Criminal Procedure. Order reversed and relator discharged. Hill, P. J., Crapser and Heffernan, JJ., concur; Rhodes and Bliss, JJ., dissent. (See *People ex rel. Atkins* v. *Jennings*, 248 N. Y. 46.)